U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 3 1 2012

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY ANDERSON, | ) | |
| PATRICE ANDERSON, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 3:11-CV-3027-B-BH |
| | ) | |
| OCWEN | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiffs' applications to proceed *in forma pauperis* are denied. By separate judgment, the case will be dismissed for failure to prosecute or comply with court orders.

SIGNED this 31st day of January, 2012.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE